UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: REQUEST FOR JUDICIAL                    CASE NO.
ASSISTANCE FROM THE FIRST COURT
OF FIRST CIVIL, MERCANTILE AND
BANKING INSTANCE OF THE JUDICIAL
CIRCUMSCRIPTION IN CARABOBO,
VENEZUELA IN THE MATTER OF
RICARDO JOSÉ ALFONZO DI TOMMASO
V. RICARDO GREGORIO ALFONZO
CEDEŃO, ET AL.

_____/

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

The United States of America, by and through counsel, petitions this Court for an Order

pursuant to 28 U.S.C. § 1782(a), appointing Katerina Ossenova, Trial Attorney at the U.S.

Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the

purpose of obtaining documents from Wells Fargo Bank. Certain information has been requested

by the First Court of First Civil, Mercantile and Banking Instance of the Judicial Circumscription

in Carabobo, Venezuela ("Venezuelan Court"), pursuant to a Letter of Request issued by the

Venezuelan Court in connection with a civil judicial proceeding captioned *Ricardo José Alfonzo

Di Tommaso v. Ricardo Gregorio Alfonzo Cedeño, et al.,* Foreign Reference Number 57,997.

1

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: January 29, 2019                    Respectfully submitted,


                                           ARIANA FAJARDO ORSHAN
                                           United States Attorney


                                           JOSEPH H. HUNT
                                           Assistant Attorney General
                                           Civil Division, United States Department of Justice


                                           JEANNE E. DAVIDSON
                                           Director, Office of International Judicial Assistance
                                           Civil Division, United States Department of Justice

                               By:         /s/ Katerina Ossenova
                                           KATERINA OSSENOVA
                                           Trial Attorney
                                           United States Department of Justice, Civil Division
                                           Office of International Judicial Assistance
                                           1100 L Street, NW
                                           Room 8102
                                           Washington, DC 20530
                                           Telephone: 202-353-0194
                                           Email: Katerina.V.Ossenova@usdoj.gov